ANDRÉS POL SERRANO y ZULEMA RODRÍGUEZ, demandantes y apelantes, *v.* SUAU, FIOL & Co., demandada y apelada.

No. 5877.—*Sometido:* Abril 22, 1932. *Resuelto:* Noviembre 23, 1932.

*L. Mercader,* abogado de los apelantes; *José D. Rodríguez,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Andrés Pol Serrano trató de obtener una orden de la corte mientras estaba pendiente la apelación de su adversario en el caso que antecede. La corte se negó a intervenir, por el motivo de que la apelación del referido adversario había privado a la corte de jurisdicción.

Al igual que la parte apelante, dudamos que en cada caso la apelación impida un *injunction* en el mismo pleito para prevenir nuevos abusos. Sin embargo, en este caso estamos convencidos de que la tentativa de la parte demandante se encaminaba a obtener un *injunction* por los mismos actos que cobijó la sentencia de la corte de distrito.

*Debe confirmarse la sentencia recurrida.*